**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

FILED

05 MAR 31 PM 4:28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

# NOTICE OF RE-SETTING
## Before Judge J. Daniel Breen, United States District Judge

**\*\*Time Change Only\*\***

March 31, 2005

RE:   2:04cr20088-B
      USA v. CARLOS SMITH (b)

Dear Sir/Madam:

A **SENTENCING HEARING** before **Judge J. Daniel Breen** has been **RE-SET** from THURSDAY, APRIL 7, 2005 at 10:30 A.M. to **THURSDAY, APRIL 7, 2005** at <u>1:30 P.M.</u> in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE COURT REQUESTS THAT DEFENSE COUNSEL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *T. Elchlepp*
    T. Elchlepp
    Case Manager to Judge J. Daniel Breen
    901-495-1238





# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20088 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

James F. Schaeffer
LAW OFFICES OF JAMES F. SCHAEFFER, JR.
2670 Union Ave.
Ste. 1224
Memphis, TN 38112

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT